CYRUS B. ELSWORTH, Plaintiff, *v.* EDWARD J. WOOLSEY et al.,
Defendants.

GEORGE B. LAUCK, Appellant, *v.* GEORGE W. COTTERILL,
Respondent.

*Elsworth* v. *Woolsey,* 19 App. Div. 385, affirmed.
(Argued October 18, 1897; decided November 23, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1897, which affirmed an order of Special Term overruling exceptions to the report of a referee and confirming the report.

*Henry G. Atwater* and *Wilfrid N. O'Neil* for appellant.

*George W. Cotterill* respondent in person.

Order affirmed on opinion below, with costs.
All concur.